(Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Edward E. Vidaud against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. H. R. Limburger, for appellant. M. P. Stevens, for respondent. No opinion. Judgment affirmed, with costs.

WALSH, Appellant, v. THIRD AVE. R. CO.. Respondent. (Supreme Court, Appellate Term. November 29, 1899.) Action by William J. Walsh against the Third Avenue Railroad Company. Judgment for defendant. and plaintiff appeals. Affirmed. William J. Walsh (J. Campbell Thompson, of counsel), for appellant. Hoadly. Lauterbach & Johnson, for respondent. No opinion. Judgment affirmed, with costs to the respondent.

WANDLING, Respondent, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Adam R. Wandling against the Ithaca Street-Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., dissenting, and PUTNAM, J., not voting.

WARD, Respondent, v. ZBOROWSKI, Appellant. (City Court of New York, General Term. December 27, 1899.) Action by Martin J. Ward against Elliott Zborowski. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Almet R. Latson, for appellant. Samuel A. Noyes, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

WATSON, Respondent, v. STILLMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Sarah G. Watson, executrix, against Francis H. Stillman. B. Colby, for appellant. B. E. V. McCarty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WELCH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Margaret Welch against he Metropolitan Street-Railway Company. C. . Brown, for appellant. J. B. Kerr, for respondent. No opinion. Judgment and order ffirmed, with costs.

WELLS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 899.) Action by Jane Wells against the city New York. No opinion. Motion for leave appeal to the court of appeals granted.

WELLS, Appellant, v. VANDERWERKER al., Respondents. (Supreme Court, Appellate Division, Third Department. November , 1899.) Action by Emeline Wells against rances Vanderwerker and others. No opin-

ion. Order affirmed, with $10 costs and disbursements to respondents. See 60 N. Y. Supp. 1089.

WHITE, Appellant, v. ALBANY RY., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Michael J. White, as administrator, etc., against the Albany Railway. No opinion. Judgment affirmed, with costs.

WHITE v. ALBANY RY. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by Michael J. White, as administrator, etc., against the Albany Railway. No opinion. Motion to settle order granted. Order to be settled as proposed by appellant. Motion for leave to go to the court of appeals denied.

WHITTLE, Respondent, v. VILLAGE OF OSWEGO FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Russell Whittle against the village of Oswego Falls. No opinion. Judgment and order affirmed, with costs.

WILKINSON, Respondent, v. GLASER, Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Charles E. Wilkinson against William H. Glaser. No opinion. Order affirmed, with $10 costs and disbursements.

WILLS, Appellant, v. BROOKLYN UNION EL. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by William Wills, as receiver of the Brooklyn Elevated Railroad Company, against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. It does not clearly appear that the question of fact referred by the court for determination would have no just influence or effect on the disposition of the motion. In such a case, we should not interfere with the discretion exercised by the judge at special term. Order affirmed, without costs.

WOODBRIDGE, Appellant, v. FIRST NAT. BANK OF SARATOGA SPRINGS, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Helen F. Woodbridge, as trustee, etc., against the First National Bank of Saratoga Springs. No opinion. Order modified, by reducing the amount of the extra allowance to the sum of $1,000, and, as so modified, affirmed, without costs. See 61 N. Y. Supp. 258.

WORCESTER v. FIERCE et al. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by George Worcester against John W. Fierce and another. No opinion. The appellant being in default, and no application having been made in the court below to extend time, motion granted, with $10 costs.